IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER EVERETT
ADC #152664                                                                       PLAINTIFF

v.                           No. 3:20-cv-228-DPM-JJV

IAN WARD, Sergeant, North
Central Unit;  NURZUHAL
FAUST, Warden, ADC;  and
DEXTER PAYNE, Director, ADC                                            DEFENDANTS

ORDER

Everett's appeal, *Doc. 36*, is partly granted and partly denied. FED. R. CIV. P. 72(a). Interrogatories 1 and 2 ask factual questions that call for yes-or-no answers from Defendant Ward. Although the questions go to the core of Everett's claim, they're not argumentative and don't assume any facts. Defendant Ward must therefore provide supplemental responses to Interrogatories 1 and 2 by 23 April 2021. Everett's appeal is denied as to Interrogatory 3, though. The question is vague and too broad.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

9 April 2021