## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

CHRISTOPHER EVERETT
ADC #152664                                                PLAINTIFF

v.                          No. 3:20-cv-228-DPM

IAN WARD, Sergeant, North
Central Unit;   NURZUHAL
FAUST, Warden, ADC;   and
DEXTER PAYNE, Director, ADC              DEFENDANTS

### ORDER

The Court adopts Magistrate Judge Volpe's unopposed recommendation, *Doc. 51*. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment, *Doc. 48*, granted. Everett's complaint will be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

4 October 2021