IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER EVERETT
ADC #152664                                                                PLAINTIFF

v.                              No. 3:20-cv-228-DPM

IAN WARD, Sergeant, North
Central Unit;   NURZUHAL
FAUST, Warden, ADC;   and
DEXTER PAYNE, Director, ADC                                      DEFENDANTS

## JUDGMENT

Everett's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 October 2021